In the United States District Court
Southern District of Texas
McAllen Division

| | | |
|---|---|---|
| Juanita Garza<br>　　　　Plaintiff,<br><br>vs.<br><br>Janet Kay Griffin and<br>Celadon Trucking Services, Inc.<br>　　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 7:13-cv-00346 |

## Stipulation of Dismissal

To the Honorable Court:

Plaintiff Juanita Garza and defendants Janet Kay Griffin and Celadon Trucking Services, Inc. file this stipulation of dismissal pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

1. Juanita Garza, as plaintiff, and Janet Kay Mitchell and Celadon Trucking Services, Inc., as defendants, agree to the dismissal of all claims with prejudice.

2. This civil action was settled on May 6, 2014.

3. This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2. A receiver has not been appointed, nor is this case governed by any federal statute that requires an order of dismissal.

4. This dismissal is with prejudice to refiling as to all claims.

5.   WHEREFORE, PREMISES CONSIDERED, plaintiff and defendants respectfully move the Court to accept this stipulation of dismissal of all claims with prejudice, and that they receive any additional relief, both general and special, at law or in equity, to which they may be justly entitled to receive.

Signed on this the 9th day of July, 2014.

Respectfully submitted,

By:   s/_____
      Deborah Bradley
      TBA# 00787122
      Stern Law Group
      4909 Bissonet, Suite 100
      Bellaire, Texas  77401
      (713) 661-9900
      (713) 666-5922(fax)
      Attorneys for Plaintiff


By:   s/_____
      Baldemar Garcia, Jr.
      Attorney-in-charge for Celadon Trucking
      Services, Inc. and Janet Kay Griffin
      Texas Bar No. 00790740
      Southern Dist. Of Texas No. 18323
      Joe Maldonado, Jr.
      Texas Bar No. 24039474
      Southern Dist. Of Texas No. 585593
      PWBM, LLP
      602 East Calton Road, 2nd Floor (78041)
      P.O. Drawer 6668 (78042-6668)
      Laredo, Texas
      Voice 956.727.4441
      Facsimile 956.727.2696

Of counsel:

PWBM, LLP
602 East Calton Road, 2nd Floor (78041)
P.O. Drawer 6668 (78042-6668)
Laredo, Texas
Voice 956.727.4441
Facsimile 956.727.2696

Certificate of service

This is to certify that a true and correct copy of the above and foregoing Stipulation of Dismissal has been served, via electronic filing, facsimile, and/or certified mail, return receipt requested, on this the 9th day of July, 2014. FED. R. CIV. P. 5.

s/_____
Joe Maldonado, Jr.